

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00827-CV

4J & L PARTNERS, LTD., Appellant

V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

Appeal from the 127th District Court of Harris County.   (Tr. Ct. No. 2012-58208).

This is an appeal from the judgment signed by the court below on September 12, 2014. Appellant, 4J & L Partners, Ltd., did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. Accordingly, the Court **dismisses** the appeal for want of prosecution.

The Court orders that appellant pay all costs incurred by reason of this appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 23, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.